IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

In Re: ) CHAPTER 11
)
**WEST BELL MEDICAL, LLC** ) Case No. **2:16-bk-12173-DPC**
)
) MINUTE SHEET FOR THE
) SECTION 341(a) MEETING
)
Debtor. ) DATE & TIME: **11/29/16 @ 9:00 a.m.**
)

Debtor Present ( ) YES ( ) NO PRESIDING OFFICER: **JENNIFER GIAIMO**

Debtor's Address: _____

APPEARANCE BY ATTORNEY FOR DEBTOR: **ADAM HAUF**  ✓ Yes ___ No

_____ PRESENT ON BEHALF OF DEBTOR

DEBTOR SWORN AND EXAMINED? ( ) YES ( ) NO

APPEARANCES:

| | NAME | REPRESENT |
|---|---|---|
| 1. | Dave Knapper | RLS |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

RELATED CASES: _____

SCHEDULES FILED ( ) YES ( ) NO   IF NO, HAS ORDER BEEN ENTERED EXTENDING TIME? ( ) YES ( ) NO   IF NO, WHY HAVE SCHEDULES NOT BEEN FILED?

_____

WHEN WILL SCHEDULES BE FILED? _____

( ) Concluded   (✓) Continued to:

Date: Thu. Dec. 8 @ 10am

Time: USBANK 10 am

Location: _____

( ) Dismiss for Failure to Appear and/or for Failure to File Schedules