SO ORDERED.

Dated: November 30, 2016

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

## Minute Entry

Daniel P. Collins, Chief Bankruptcy Judge
_____

### Hearing Information:

**Debtor:** WEST BELL MEDICAL L.L.C.
**Case Number:** 2:16-BK-12173-DPC    **Chapter:** 11
**Date / Time / Room:** TUESDAY, NOVEMBER 29, 2016 11:00 AM    6TH FLOOR #603
**Bankruptcy Judge:** DANIEL P. COLLINS
**Courtroom Clerk:** RHONDA VAUGHAN
**Reporter / ECR:** RENEE BRYANT

### Matters:

1) CHAPTER 11 STATUS CONFERENCE
   R / M #: 3 / 0

2) CONTINUED HEARING ON MOTION: (1) NOTICE OF NON-CONSENT TO USE OF CASH COLLATERAL & DEMANDS FOR ACCOUNTINGS AND TURN-OVER OF CASH COLLATERAL filed on behalf of RLS CAPITAL, INC
   R / M #: 14 / 0

### Appearances:

ADAM E. HAUF, ATTORNEY FOR WEST BELL MEDICAL L.L.C.
DAVID L. KNAPPER, ATTORNEY FOR RLS CAPITAL, INC.

### Proceedings:

Mr. Hauf advises the Chapter 11 status report was filed and advises this is a single asset real property case. Mr. Hauf acknowledges pursuant to 11 U.S.C. § 362(d)(3) the Debtor has 30 days from October 24, 2016, to file the Chapter 11 Plan and Disclosure Statement. Mr. Hauf advises the secured lender provided the Debtor with very limited consent with regard to what the cash collateral could be used for and at this time the Debtor has not used any cash collateral.

Mr. Knapper advises the Motion for Relief from Automatic Stay was filed and a preliminary hearing will be noticed for December 19, 2016, at 10:00 a. m. He suggests the hearing on Non-Consent to use Cash Collateral be continued to that same date and time.

COURT: IT IS ORDERED CONTINUING THE HEARING ON THE NOTICE OF NON-CONSENT TO USE CASH COLLATERAL TO DECEMBER 19, 2016, AT 10:00 A.M.